Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARY NOVOTNY | CV 06-1198-MA |
| Plaintiff, | |
| | ORDER FOR EAJA ATTORNEY FEES |
| v. | |
| JO ANNE B. BARNHART Commissioner of Social Security, | |
| Defendant. | |

Based upon the stipulation of the parties, the Commissioner is ordered to pay $2,696.36 for Equal Access to Justice Act (EAJA) attorney fees and costs of $375.00 for a total amount of $3,071.36 to Plaintiff in care of Plaintiff's attorney .

It is so ordered:

DATED 6/28/07

*Malcolm F. Marsh*
United States District Court Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER